**RIST LAW OFFICE, LC**
Thomas A. Rist (SBN 238090)
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
(619) 377-4660
tom@sdvictimlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRIFFITH, SR. and M.W.G., a minor, through his guardian, MICHAEL GRIFFITH, SR., <br><br> Plaintiffs, <br><br> v. <br><br> STEFFAN VIERNES and ST. FRANCIS ELECTRIC, LLC, a California Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT** <br><br> 1) Negligence <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs Michael Griffith, Sr. and M.W.G. allege as follows:

## INTRODUCTION

1. This is an action for personal injuries arising from a truck accident that occurred in Sacramento County, California. On that date, Plaintiffs were travelling northbound on Interstate 5 when a vehicle swerved into Plaintiffs' lane striking the truck they were in and causing severe injuries to both Plaintiffs. The vehicle that caused the accident was operated by Defendant Steffan Viernes and was owned by Defendant St. Francis Electric, LLC.

## PARTIES

2. Michael Griffith, Sr., is a resident of Coquille, Oregon.

3. M.W.G. is also a resident of Coquille, Oregon.

4. Defendant Steffan Viernes is a resident of Sacramento, California.

5. Defendant St. Francis Electric, LLC is a California Limited Liability Company with their principal place of business in Leandro, Alameda County, California.

6. Plaintiffs are ignorant of the true names and capacities of defendants sued herein as DOES 1-10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiffs will amend this complaint to allege their true names and capacities when ascertained.

7. Plaintiffs are informed and believe and based thereupon allege that, at all times herein mentioned, each and every defendant herein was the agent of each and every other defendant and, in doing the things hereinafter alleged, was acting in the course and scope of such agency. Plaintiffs further allege that each defendant knowingly and willfully conspired, agreed and combined to commit the acts herein alleged and ratified, condoned and approved the actions of each and every other defendant.

## JURISDICTION AND VENUE

8. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332 because the matter in controversy exceeds $75,000, inclusive of interest and costs and is between citizens of different States.

9. Venue is proper in the Eastern District of California pursuant to 28 U.S.C. §1391(b) because the incident giving rise to this claim occurred in Sacramento County, California, in the Eastern District of California.

## FACTS

10. On April 23, 2020, Plaintiffs were driving northbound on Interstate 5 in an unincorporated area of Sacramento County, California.

11. Plaintiffs were in a Volvo tractor trailer and were pulling a loaded trailer at the time of the incident.

12. Defendant Steffan Viernes was also driving northbound on Interstate 5 and was operating a Ford F550 that was owned by Defendant St. Francis Electric, LLC.

13. Defendant Viernes unsafely and illegally changed lanes and crashed into the side of the truck being driven by Plaintiff Michael Griffith.

14. The impact of the accident caused over $16,000 of damage to the truck driven by Plaintiff Michael Griffith.

15. The California Highway Patrol responded to the accident scene and upon investigation of the accident found Defendant Viernes caused the accident by unsafely departing his lane and crashing into the vehicle driven by Plaintiff Michael Griffith.

16. At the time of the accident, Defendant Viernes was acting as an employee and agent of St. Francis Electric, LLC.

17. As a direct result of the negligence and careless actions of Defendants, Plaintiffs were harmed and have suffered severe and permanent injuries as well as having sustained other damages to be proven at trial.

### FIRST CAUSE OF ACTION – NEGLIGENCE

18. All preceding paragraphs are incorporated hereunder.

19. Defendant Viernes, acting as an agent and employee of Defendant St. Francis Electric, LLC, violated California Vehicle Code § 21658(a) when he failed to properly operate his vehicle in his own lane until such movement could be made with reasonable safety.

20. The violation of this statute amounts to negligence *per se* on behalf of the Defendants.

21. Defendant Viernes was acting as an agent and employee of Defendant St. Francis Electric, LLC at the time of this accident. As such, Defendant St. Francis Electric, LLC is vicariously liable for the damages caused by Defendant Viernes.

22. Defendants had a duty to safely operate their vehicle on the date of this accident.

23. Defendants breached this duty when Defendant Viernes caused this accident by illegally changing lanes and striking Plaintiff's vehicle.

24. Upon information and belief, Defendant St. Francis Electric, LLC was negligent in the hiring and training of employees on the safe operation of vehicles owned by Defendant. Defendant owed a duty to Plaintiffs to safely operate the vehicle at all times upon California highways. This duty was breached through the negligent operation of the truck involved in this accident.

25. The negligent operation of Defendants' truck caused serious damages to Plaintiffs.

26. Since the time of the incident, Plaintiffs have had to seek medical treatment for their injuries.

27. As a result of Defendants' negligence, Plaintiffs have suffered damages including past and future medical bills, lost wages, pain and suffering, and other compensatory damages allowed by law in an amount in excess of $75,000.

**PRAYER**

Plaintiff prays for judgement against Defendants, and each of them, as follows:

1. General damages in an amount to be proven at trial;
2. Special damages in an amount to be proven at trial;
3. Compensatory damages in an amount to be proven at trial;
4. Prejudgment Interest according to law;
5. For costs of suit incurred herein; and
6. For such other and further relief as this Court deems just and proper.

Dated:  March 17, 2022                                    Respectfully submitted,

**RIST LAW OFFICE, LC**

By: _____
Thomas A. Rist, Attorney for Plaintiffs

**JURY DEMAND**

Plaintiffs demand a trial by jury on all issues so triable as a matter of right.

Dated: March 17, 2022                                        Respectfully submitted,

                                              **RIST LAW OFFICE, LC**

By: _____
     Thomas A. Rist, Attorney for Plaintiffs