Thomas A. Rist (SBN 238090)
**RIST LAW OFFICE, LC**
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
(619) 377-4660
tom@sdvictimlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRIFFITH, SR. and M.W.G., a minor, through his guardian, MICHAEL GRIFFITH, SR., <br><br> Plaintiffs, <br><br> v. <br><br> STEFFAN VIERNES and ST. FRANCIS ELECTRIC, LLC, a California Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> STEFFAN VIERNES and ST. FRANCIS ELECTRIC, LLC, <br><br> Cross-Complainants, <br><br> v. <br><br> ASTRID RAMIREZ and ROES 1-25, <br><br> Cross-Defendants. | Case No.: 2:22-cv-00507-MCE-KJN <br><br> **STIPULATION OF DISMISSAL** <br><br><br> Judge: Honorable Morrison C. England, Jr. <br> Complaint Filed: March 16, 2022 <br> Trial Date: Not yet scheduled |

Plaintiffs MICHAEL GRIFFITH, SR. and M.W.G., a minor, through his guardian, MICHAEL GRIFFITH, SR.; Defendants and Cross-Complainants STEFFAN VIERNES and ST. FRANCIS ELECTRIC, LLC; and Cross-Defendant ASTRID RAMIREZ, by and through counsel of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate:

1. That this matter is dismissed with prejudice as to all parties and all causes of action set forth in the Complaint and Cross-Complaint filed in this matter; and

2. That all parties shall bear their own attorney's fees and costs.

Dated:  March 18, 2024                RIST LAW OFFICE, LC

                                      By: /s/ Thomas A. Rist
                                          Thomas A. Rist, Attorney for
                                          Plaintiffs MICHAEL GRIFFITH, SR. and M.W.G.

Dated:  March 18, 2024                LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                      By: /s/ Richard Sullivan (Authorized 3/18/24)
                                          Richard Sullivan
                                          Attorney for Defendants and Cross-Complainants STEFFAN VIERNES and ST. FRANCIS ELECTRIC, LLC

Dated:  March 18, 2024                LAW OFFICES OF SCHNEIDER HOLTZ
                                      & HUTCHISON

                                      By: /s/ Charlotte M. Konczal (Authorized 3/18/24)
                                          Charlotte M. Konczal
                                          Attorney for Cross-Defendant ASTRID RAMIREZ

**ORDER**

After consideration of the Stipulation of the parties and good cause appearing, the Court hereby ORDERS that:

1. This case shall be and is hereby DISMISSED with prejudice as to all parties and all causes of action set forth in the Complaint and Cross-Complaint filed in this matter;

2. All parties shall bear their own attorney's fees and costs; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 21, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE